IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEPHANIE WRIGHT, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-cv-00386-MTT |
| | * |
| GEORGIA DEPARTMENT OF PUBLIC HEALTH, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 11, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.

This 11th day of August, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk